IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>ASIYADETH JIMENEZ CASTELLON,<br><br>Defendant. | 4:18CR3088<br><br>**AMENDED ORDER** |

IT IS ORDERED:

1) The motion of Joshua Barber to withdraw as counsel of record for Defendant, (Filing No. 87), is granted.

2) The clerk shall delete Joshua Barber from any future ECF notifications herein.

3) The Federal Public Defender's Office shall provide Joshua Barber with a form to submit for compensation of time spent on this case on August 9, 2018.

August 10, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge