IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:18CR3088 |
| vs. | |
| ASIYADETH JIMENEZ CASTELLON, | ORDER |
| Defendants. | |

During the conference call held today, counsel for the above-named defendant stated the government did not serve its Rule 16 disclosures on him at his proper address—an address he had moved to over two years ago.

Defense counsel is advised that on a nationwide level, the federal court database lists his address as:

    Hugh I. Abrahamson
    Abrahamson Law Firm
    6901 Dodge Street
    Suite 107
    Omaha, NE 68132-2759

This address is on the above docket sheet and was pulled from the federal database, PACER, when the docket sheet was generated. While defense counsel may have updated his address with the Nebraska Bar Association, he never did so in PACER. PACER operates wholly independent of state bar association databases, including Nebraska's, and it was not automatically updated when Mr Abrahamson's address was updated in the Nebraska directory.

An attorney appearing in federal court is responsible for updating the federal court as to address changes.

Accordingly,

IT IS ORDERED that on or before October 17, 2018, counsel for Defendant Asiyadeth Jimenez Castellon shall:

1) File a notice of correct address in the above-captioned case; and

2) Update his address in PACER.

October 10, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge