IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiffs, vs. ASIYADETH JIMENEZ CASTELLON, Defendant. | 4:18CR3088 ORDER |

Defendant Castellon has moved to continue the pretrial motion deadline, (Filing No. 365), because Defendant and defense counsel need additional time to consider Defendant's options, fully review the discovery received, and decide whether pretrial motions should be filed. The motion to continue is unopposed by the government. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 365), is granted.

2) Defendant Castellon's pretrial motions and briefs shall be filed on or before March 15, 2019.

3) The ends of justice served by granting Castellon's motion to continue outweigh the interests of the public and the defendants in a speedy trial, and as to all defendants, the additional time arising as a result of the granting of the motion, the time between today's date and March 15, 2019 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

January 24, 2019.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge