IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ASIYADETH JIMENEZ CASTELLON,<br><br>    Defendant. | 4:18-CR-3088<br><br>ORDER |

    This matter is before the Court on the defendant's motion to terminate supervised release (filing 980). The Court may do so "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(2); *see* Fed. R. Crim. P. 32.1(c); *United States v. Mosby*, 719 F.3d 925, 930 (8th Cir. 2013); *see also* U.S.S.G. § 5D1.2 cmt. n.5. The Court finds it is warranted here. Accordingly,

    IT IS ORDERED:

1. The motion to terminate supervised release (filing 980) is granted.

2. The defendant is discharged from supervision and the proceedings in this case are terminated.

Dated this 2nd day of May, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge